# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

| | |
|---|---|
| **KEYNA LEONARD,** as the surviving daughter of decedent; as the Administrator of the deceased Arlen Dority<br><br>**Plaintiff**,<br><br>v.<br><br>**HMG PARK MANOR OF SALINA, LLC,** d/b/a Smoky Hill Rehabilitation Center and **HMG SERVICES, LLC**<br><br>**Defendants.** | Case No. 22-CV-02267-KHV |

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that pursuant to the <u>Memorandum and Order</u> (Doc. #114), filed December 6, 2023, judgment is entered in favor of defendants HMG Park Manor of Salina, LLC d/b/a Smoky Hill Rehabilitation Center and HMG Services, LLC and against plaintiff Keyna Leonard.

Dated: <u>December 6, 2023</u>               SKYLER O'HARA
                                                                  CLERK OF THE DISTRICT COURT

                                                                  by: <u>/s/ Audra Harper</u>
                                                                          Deputy Clerk